# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

William Watkins

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

*CRB*

V.

See Attachment A

CV 08 0271

TO: (Name and address of defendant)

ShoreTel, Inc.  c/o Michael Healy (Registered Agent for Service of Process) 960 Steward Drive Sunnyvale, CA 94085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Reed R. Kathrein Hagens Berman Sobol Shapiro LLP 715 Hearst Avenue, Suite 202 Berkeley, CA 94710

an answer to the complaint which is herewith served upon you, within 20     days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

ANNA SPRINKLES

DATE JAN 1 5 2008

**Attachment A for Summons**

Defendants:

1. Shoretel, Inc.
2. John W. Combs
3. Michael E. Healy
4. Edwin J. Basart
5. Gary J. Daichendt
6. Thomas Van Overbeek
7. Kenneth D. Denman
8. Charles D. Kissner
9. Edward F. Thompson
10. Lehman Brothers, Inc.
11. J.P. Morgan Securities, Inc.
12. Piper Jaffray & Co.

| | | | |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | | (510) 725-3034 |
| Attorneys for: **WILLIAM WATKINS** | | | Ref. No. Or File No.<br>W2490250 |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

WILLIAM WATKINS

Defendant:

SHORETEL, INC., INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-271 CRB |
|---|---|---|---|---|

I, Ronald Marcus _____ , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION; NOTICE OF AVAILABILITY OF MAGISTRATE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : SHORETEL, INC.

By Serving          : AVA HAHN, General Counsel/Authorized to Accept Service of Process

Address             : 960 Steward Drive , Sunnyvale, California  94085
Date & Time         : Wednesday, January 16, 2008 @  12:50 p.m.
Witness fees were    : Demanded but not paid.

Person serving:                          a. Fee for service:
Ronald Marcus                            d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 649
San Francisco, California  94105            (3) County: Alameda
Phone: (415) 546-6000                       (4) Expires: 1/31/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008                Signature: _Ronald Marcus_
                                                Ronald Marcus


Printed on recycled paper