1  REED R. KATHREIN (139304)
   PETER E. BORKON (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  LEWIS S. KAHN
   KAHN GAUTHIER SWICK, LLC
7  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
8  Telephone: (504) 455-1400
   Facsimile: (504) 455-1498
9  lewis.kahn@kgscounsel.com

10 Attorneys for Plaintiff

11 [Additional counsel listed on signature page]

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15

16 WILLIAM WATKINS, Individually and on      ) No. 08-cv-0271 CRB
   Behalf of All Others Similarly Situated,, )
17                                           )  ADMINISTRATIVE MOTION TO
                                   Plaintiff,)  CONSIDER WHETHER CASES
                                             )  SHOULD BE RELATED
18         v.                                )
                                             )
19 SHORETEL, INC., JOHN W. COMBS,            )
   MICHAEL E. HEALY, EDWIN J. BASART,        )
20 GARY J. DAICHENDT. THOMAS VAN             )
   OVERBEEK, KENNETH D. DENMAN,              )
21 CHARLES D. KISSNER, EDWARD F.             )
   THOMPSON, LEHMAN BROTHERS, INC.,          )
22 J.P. MORGAN SECURITIES, INC. and          )
   PIPER JAFFRAY & CO.,                      )
23                                           )
                                  Defendant. )
24                                           )
                                             )
25                                           ) Action filed January 15, 2008
                                             )
26                                           )
                                             )
27 ─────────────────────────────────────────  )

28
   CASE NO. 08-0271 CRB

   010015-11  221003 V1

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD**:

Pursuant to Local Rule 3-12, Plaintiff William Watkins respectfully submits this administrative motion to consider whether a case filed in this District, *Kelley v. ShoreTel, Inc., et al.*, Case No. 08-cv-00683 WHA, filed on January 29, 2008 ("*Kelley*"), should be related to this earlier case, *Watkins v. ShoreTel, Inc., et al.*, Case No. 08-cv-0271 CRB, filed on January 15, 2008 ("*Watkins")*. Plaintiff Watkins filed a notice of this administrative motion in the *Kelley* case.

Pursuant to Local Rule 3-12(d)(2), Plaintiff states that *Kelley* involves the same defendants as in *Watkins.* In addition, these cases involve similar factual allegations. Specifically, both of the cases are proposed class actions on behalf of purchasers of ShoreTel, Inc. common stock pursuant to the July 3, 2007 Initial Public Offering of 9.085 million shares of common stock. Both of these cases allege violations of Section 11 of the Securities Act of 1933 ("Securities Act") against all Defendants and violations of Section 15 of the Securities Act against the Individual Defendants.

Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges.

Dated: January 31, 2008　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Reed R. Kathrein
   REED R. KATHREIN (139304)

Peter E. Borkon (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

| | |
|---|---|
| 1 | steve@hbsslaw.com |
| 2 | Lewis S. Kahn |
| 3 | KAHN GAUTHIER SWICK, LLC |
|   | 650 Poydras Street, Suite 2150 |
| 4 | New Orleans, LA 70130 |
|   | Telephone:  (504) 455-1400 |
| 5 | Facsimile:  (504) 455-1498 |
|   | lewis.kahn@kgscounsel.com |
| 6 | Eric J. O'Bell |
| 7 | LAW OFFICES OF ERIC J. O'BELL, LLC |
|   | 3500 North Hullen Street |
| 8 | Metairie, LA 70002 |
|   | Telephone:  (504) 456-8677 |
| 9 | Facsimile:  (504) 456-8624 |

ADMINISTRATIVE MOT.TO CONSIDER WHETHER CASES    - 2 -
SHOULD BE RELATED - CASE NO. 08-0271 CRB
010015-11 221003 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    /s/ Reed R. Kathrein
REED R. KATHREIN

# Mailing Information for a Case 3:08-cv-00271-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eric J. O'Bell
Law Offices of Eric J. O'Bell, LLC
3500 North Hullen Street
Metairie, LA 70002
```

# Mailing Information for a Case 3:08-cv-00683-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)