1 | REED R. KATHREIN (139304)
    PETER E. BORKON (212596)
2 | HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
3 | Berkeley, CA 94710
    Telephone: (510) 725-3000
4 | Facsimile: (510) 725-3001
    reed@hbsslaw.com
5 | peterb@hbsslaw.com

6 | LEWIS S. KAHN
    KAHN GAUTHIER SWICK, LLC
7 | 650 Poydras Street, Suite 2150
    New Orleans, LA 70130
8 | Telephone: (504) 455-1400
    Facsimile: (504) 455-1498
9 | lewis.kahn@kgscounsel.com

10 | Attorneys for Plaintiff

11 | [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated,, ) ) ) Plaintiff, ) ) v. ) ) SHORETEL, INC., JOHN W. COMBS, ) MICHAEL E. HEALY, EDWIN J. BASART, ) GARY J. DAICHENDT. THOMAS VAN ) OVERBEEK, KENNETH D. DENMAN, ) CHARLES D. KISSNER, EDWARD F. ) THOMPSON, LEHMAN BROTHERS, INC., ) J.P. MORGAN SECURITIES, INC. and ) PIPER JAFFRAY & CO., ) ) Defendant. ) ) | No. 08-cv-0271 CRB<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br><br><br><br><br><br><br><br><br>Action filed January 15, 2008 |

NO. 08-0271 CRB

010015-11  221029 V1

1   On January 31, 2008, Plaintiff William Watkins filed an Administrative Motion to Consider
2   Whether Cases Should be Related pursuant to Civil Local Rule 3-12.  The Court having considered
3   the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the Motion.
4   IT IS HEREBY ORDERED that the case *Kelley v. ShoreTel, Inc., et al.,* Case No.
5   08-cv-00683 WHA, is re-assigned to the Hon. Charles R. Breyer, who is assigned to the earliest
6   filed case.

Dated: _____, 2008

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Dated:  January 31, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP


By    /s/ Reed R. Kathrein
    REED R. KATHREIN (139304)

Peter E. Borkon (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

- 2 -

1  Lewis S. Kahn
   KAHN GAUTHIER SWICK, LLC
2  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
3  Telephone:  (504) 455-1400
   Facsimile:  (504) 455-1498
4  lewis.kahn@kgscounsel.com

5  Eric J. O'Bell
   LAW OFFICES OF ERIC J. O'BELL, LLC
6  3500 North Hullen Street
   Metairie, LA 70002
7  Telephone:  (504) 456-8677
   Facsimile:  (504) 456-8624

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOT. TO                - 2 -
RELATE CASES - NO. 08-0271 CRB
010015-11  221029 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                        /s/ Reed R. Kathrein
                        REED R. KATHREIN

# Mailing Information for a Case 3:08-cv-00271-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eric J. O'Bell
Law Offices of Eric J. O'Bell, LLC
3500 North Hullen Street
Metairie, LA 70002
```

# Mailing Information for a Case 3:08-cv-00683-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)