# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

William Watkins

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

See Attachment A

CV 08 0271 CRB

TO: (Name and address of defendant)

ShoreTel, Inc. c/o Michael Healy (Registered Agent for Service of Process) 960 Steward Drive Sunnyvale, CA 94085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Reed R. Kathrein Hagens Berman Sobol Shapiro LLP 715 Hearst Avenue, Suite 202 Berkeley, CA 94710

an answer to the complaint which is herewith served upon you, within 20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  JAN 15 2008

(BY) DEPUTY CLERK

SPRINKLES

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
               Date                                                     Signature of Server

                                                                        _____
                                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Attachment A for Summons

Defendants:

1. Shoretel, Inc.
2. John W. Combs
3. Michael E. Healy
4. Edwin J. Basart
5. Gary J. Daichendt
6. Thomas Van Overbeek
7. Kenneth D. Denman
8. Charles D. Kissner
9. Edward F. Thompson
10. Lehman Brothers, Inc.
11. J.P. Morgan Securities, Inc.
12. Piper Jaffray & Co.

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: WILLIAM WATKINS | Ref. No. Or File No.<br>W2490697 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
WILLIAM WATKINS

Defendant:
SHORETEL, INC., INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: 08-271 CRB |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION; NOTICE OF AVAILABILITY OF MAGISTRATE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : J.P. MORGAN SECURITIES, INC.

By Serving          : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address             : 818 West 7th Street , Los Angeles, California  90017
Date & Time         : Thursday, January 24, 2008 @ 2:20 p.m.
Witness fees were   : Not applicable.

Person serving:
B. Anderson
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 25, 2008          Signature: _____
                                           B. Anderson

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: WILLIAM WATKINS | Ref. No. Or File No.<br>W2490698 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
WILLIAM WATKINS

Defendant:
SHORETEL, INC., INC.

| PROOF OF SERVICE | Date | Time | Dept/Div | Case Number:<br>08-271 CRB |
|---|---|---|---|---|

I, Evelyn Pettengell, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION; NOTICE OF AVAILABILITY OF MAGISTRATE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : LEHMAN BROTHERS, INC.

By Serving : BECKY DEGEORGE, Authorized Agent for CSC-LAWYERS INCORPORATING SYSTEM, Agent for Service of Process.
Address : 2730 Gateway Oaks Drive, Suite 100 , Sacramento, California  95833
Date & Time : Thursday, January 24, 2008 @ 12:25 p.m.
Witness fees were : Not applicable.

Person serving:
Evelyn Pettengell
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 2003-45
  (3) County: Sacramento
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 25, 2008

Signature: _____
Evelyn Pettengell


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| | Ref. No. Or File No.<br>W2490697 | |
| Attorneys for: WILLIAM WATKINS | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>WILLIAM WATKINS | | |
| Defendant:<br>SHORETEL, INC., INC. | | |
| **PROOF OF SERVICE** | Date: Time: Dept/Div: | Case Number:<br>08-271 CRB |

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION; NOTICE OF AVAILABILITY OF MAGISTRATE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : PIPER JAFFRAY & CO.

By Serving        : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address           : 818 West 7th Street , Los Angeles, California 90017
Date & Time       : Thursday, January 24, 2008 @ 2:20 p.m.
Witness fees were : Not applicable.

Person serving:
B. Anderson
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 25, 2008

Signature: _____
B. Anderson

Printed on recycled paper