SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
ckevane@fenwick.com

Attorneys for Defendants
Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON; LEHMAN BROTHERS, INC.; J.P. MORGAN SECURITIES, INC.; AND PIPER JAFFRAY & CO., <br><br> Defendants. | Case No. CV 08 0271 CRB <br><br> **STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT** |

WHEREAS, the above-captioned action is alleged to be class actions asserting violations of sections 11 and 15 of the Securities Act of 1933 (15 U.S.C. §§ 77k and 77o) against Defendants Shoretel, Inc., John W. Combs, Michael E. Healy, Edwin J. Basart, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, Edward F. Thompson, Lehman Brothers Inc., J.P. Morgan Securities Inc. and Piper Jaffray & Co.

1

1  (collectively referred to as "Defendants");

2  WHEREAS, the above-captioned action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

5  WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and further provides that the appointment of lead plaintiff shall not be made until after a decision on a motion to consolidate is rendered (15 U.S.C. 77z-1(a)(3)(B)(ii));

9  WHEREAS, a motion to consolidate and for appointment of a lead plaintiff and lead counsel will be filed in the above-captioned action;

11  WHEREAS, Defendants intend to file motions to dismiss the claims asserted against them; and

13  WHEREAS, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions, (ii) appointment of lead plaintiff and (iii) the filing of a single consolidated complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the initial complaint in the above-captioned action would serve no purpose and would result in the needless expenditure of private and judicial resources;

18  IT IS ACCORDINGLY STIPULATED, pursuant to Northern District of California Local Rule 6-1(a), by and between the undersigned counsel for the parties in this action, that the time for each Defendant to answer, move or otherwise respond to the complaint in the above-captioned action is extended until following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel and that, thereafter, the parties shall meet and confer and submit a mutually agreeable schedule for the filing of a consolidated complaint (or designation of an operative complaint), if necessary, as well as for the briefing and hearing of responses thereto. The consolidated or operative complaint shall supersede all complaints filed in any action that is consolidated herein.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| Dated: February 4, 2008 | FENWICK & WEST LLP |
| | By: /s/ Catherine D. Kevane |
| | Catherine D. Kevane |
| | Attorneys for Defendants |
| | Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson |

I, Catherine D. Kevane, am the ECF User whose ID and password are being used to file this **STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT.** In compliance with General Order 45, X.B., I hereby attest that each of the two signatories identified below has concurred in this filing.

| | |
|---|---|
| Dated: February 4, 2008 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: /s/ Reed R. Kathrein |
| | Reed R. Kathrein |
| | Attorneys for Plaintiff |
| Dated: February 4, 2008 | BINGHAM McCUTCHEN LLP |
| | By: /s/ Charlene S. Shimada |
| | Charlene S. Shimada |
| | Attorneys for Defendants |
| | Lehman Brothers Inc., J.P. Morgan Securities Inc. and Piper Jaffray & Co. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP EXTENDING TIME FOR ALL DEFS TO RESPOND TO COMPLAINT  CASE NO CV 08 0271 CRB