| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | donn.pickett@bingham.com |
|   | CHARLENE S. SHIMADA (SBN 91407) |
| 3 | charlene.shimada@bingham.com |
|   | JOHN D. PERNICK (SBN 155468) |
| 4 | john.pernick@bingham.com |
|   | ADRIENNE L. TACLAS (SBN 211232) |
| 5 | adrienne.taclas@bingham.com |
|   | Three Embarcadero Center |
| 6 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 7 | Facsimile:  415.393.2286 |
| 8 | Attorneys for Defendants |
|   | Lehman Brothers Inc., J.P. Morgan Securities Inc. and |
| 9 | Piper Jaffray & Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated, | Case No. CV 08 0271 CRB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| SHORETEL, INC., JOHN W. COMBS, MICHAEL E. HEALY, EDWIN J. BASART, GARY J. DAICHENDT, THOMAS VAN OVERBEEK, KENNETH D. DENMAN, CHARLES D. KISSNER, EDWARD F. THOMPSON, LEHMAN BROTHERS, INC., J.P. MORGAN SECURITIES, INC. and PIPER JAFFRAY & CO., | |
| Defendants. | |

NOTICE OF APPEARANCE
CASE NO. CV 08 0271 CRB

1 **TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

2 **PLEASE TAKE NOTICE** that attorneys Donn P. Pickett, Charlene S. Shimada,

3 John D. Pernick and Adrienne L. Taclas from the firm of Bingham McCutchen LLP, members

4 of the State Bar of California and admitted to practice before this Court, hereby enter an

5 appearance as counsel of record for defendants Lehman Brothers Inc., J.P. Morgan Securities

6 Inc. and Piper Jaffray & Co. All pleadings, notices and other papers in the above-captioned

7 action should be served as follows:

```
DONN P. PICKETT (SBN 72257)
donn.pickett@bingham.com
CHARLENE S. SHIMADA (SBN 91407)
charlene.shimada@bingham.com
JOHN D. PERNICK (SBN 155468)
john.pernick@bingham.com
ADRIENNE L. TACLAS (SBN 211232)
adrienne.taclas@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
```

DATED: February 12, 2008

Bingham McCutchen LLP

By:   /s/ Charlene S. Shimada
       Charlene S. Shimada

Attorneys for Defendants
Lehman Brothers Inc., J.P. Morgan Securities Inc.
and Piper Jaffray & Co.