| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | donn.pickett@bingham.com |
|   | CHARLENE S. SHIMADA (SBN 91407) |
| 3 | charlene.shimada@bingham.com |
|   | JOHN D. PERNICK (SBN 155468) |
| 4 | john.pernick@bingham.com |
|   | ADRIENNE L. TACLAS (SBN 211232) |
| 5 | adrienne.taclas@bingham.com |
|   | Three Embarcadero Center |
| 6 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 7 | Facsimile:  415.393.2286 |
| 8 | Attorneys for Defendants |
|   | Lehman Brothers Inc., J.P. Morgan Securities Inc. and |
| 9 | Piper Jaffray & Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | | |
| 15 | WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated, | Case No. CV 08 0271 CRB |
| 16 | Plaintiff, | **DEFENDANT LEHMAN BROTHERS INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 17 | v. | |
| 18 | SHORETEL, INC., JOHN W. COMBS, MICHAEL E. HEALY, EDWIN J. BASART, GARY J. DAICHENDT, THOMAS VAN OVERBEEK, KENNETH D. DENMAN, CHARLES D. KISSNER, EDWARD F. THOMPSON, LEHMAN BROTHERS, INC., J.P. MORGAN SECURITIES, INC. and PIPER JAFFRAY & CO., | |
| 22 | Defendants. | |

---

DEFENDANT LEHMAN BROTHERS INC.'S CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CASE NO. CV 08 0271 CRB

1       Pursuant to Federal Rule of Civil Procedure 7.1, defendant Lehman Brothers Inc., by its counsel, hereby states that it is a wholly-owned subsidiary of Lehman Brothers Holdings Inc., a public company.

      Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

      JMP Securities LLC (non-defendant underwriter); and

      Wedbush Morgan Securities Inc. (non-defendant underwriter).

DATED: February 12, 2008

      Bingham McCutchen LLP

By:     /s/ Charlene S. Shimada
         Charlene S. Shimada

Attorneys for Defendants
Lehman Brothers Inc., J.P. Morgan Securities Inc.
and Piper Jaffray & Co.

DEFENDANT LEHMAN BROTHERS INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CASE NO. CV 08 0271 CRB