Bingham McCutchen LLP
DONN P. PICKETT (SBN 72257)
donn.pickett@bingham.com
CHARLENE S. SHIMADA (SBN 91407)
charlene.shimada@bingham.com
JOHN D. PERNICK (SBN 155468)
john.pernick@bingham.com
ADRIENNE L. TACLAS (SBN 211232)
adrienne.taclas@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Defendants
Lehman Brothers Inc., J.P. Morgan Securities Inc. and
Piper Jaffray & Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SHORETEL, INC., JOHN W. COMBS, MICHAEL E. HEALY, EDWIN J. BASART, GARY J. DAICHENDT, THOMAS VAN OVERBEEK, KENNETH D. DENMAN, CHARLES D. KISSNER, EDWARD F. THOMPSON, LEHMAN BROTHERS, INC., J.P. MORGAN SECURITIES, INC. and PIPER JAFFRAY & CO.,<br><br>　　　　　Defendants. | Case No. CV 08 0271 CRB<br><br>**DEFENDANT J.P. MORGAN SECURITIES INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Federal Rule of Civil Procedure 7.1, defendant J.P. Morgan Securities
2  Inc., by its counsel, hereby states that it is a wholly-owned subsidiary of JPMorgan Securities
3  Holdings LLC, which is a wholly-owned subsidiary of JPMorgan Chase & Co., a public
4  company.
5  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following
6  listed persons, associations of persons, firms, partnerships, corporations (including parent
7  corporations) or other entities (i) have a financial interest in the subject matter in controversy or
8  in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
9  party that could be substantially affected by the outcome of this proceeding:
10  JMP Securities LLC (non-defendant underwriter); and
11  Wedbush Morgan Securities Inc. (non-defendant underwriter).
12
13  DATED:  February 12, 2008
14  Bingham McCutchen LLP
15
16
17  By:     /s/ Charlene S. Shimada
         Charlene S. Shimada
18  Attorneys for Defendants
19  Lehman Brothers Inc., J.P. Morgan Securities Inc.
    and Piper Jaffray & Co.
20
21
22
23
24
25
26
27
28

1

DEFENDANT J.P. MORGAN SECURITIES INC.'S CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CASE NO. CV 08 0271 CRB