1  Bingham McCutchen LLP
   DONN P. PICKETT (SBN 72257)
2  donn.pickett@bingham.com
   CHARLENE S. SHIMADA (SBN 91407)
3  charlene.shimada@bingham.com
   JOHN D. PERNICK (SBN 155468)
4  john.pernick@bingham.com
   ADRIENNE L. TACLAS (SBN 211232)
5  adrienne.taclas@bingham.com
   Three Embarcadero Center
6  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
7  Facsimile:  415.393.2286

8  Attorneys for Defendants
   Lehman Brothers Inc., J.P. Morgan Securities Inc. and
9  Piper Jaffray & Co.

10
UNITED STATES DISTRICT COURT
11
NORTHERN DISTRICT OF CALIFORNIA
12
SAN FRANCISCO DIVISION
13

14
15  WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated,

16          Plaintiff,
        v.
17
    SHORETEL, INC., JOHN W. COMBS,
18  MICHAEL E. HEALY, EDWIN J. BASART,
    GARY J. DAICHENDT, THOMAS VAN
19  OVERBEEK, KENNETH D. DENMAN,
    CHARLES D. KISSNER, EDWARD F.
20  THOMPSON, LEHMAN BROTHERS, INC.,
    J.P. MORGAN SECURITIES, INC. and
21  PIPER JAFFRAY & CO.,

22          Defendants.

Case No. CV 08 0271 CRB

**DEFENDANT PIPER JAFFRAY & CO.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

23
24
25
26
27
28

1        Pursuant to Federal Rule of Civil Procedure 7.1, defendant Piper Jaffray & Co.,
2  by its counsel, hereby states that it is a wholly-owned subsidiary of Piper Jaffray Companies, a
3  public company.
4        Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following
5  listed persons, associations of persons, firms, partnerships, corporations (including parent
6  corporations) or other entities (i) have a financial interest in the subject matter in controversy or
7  in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
8  party that could be substantially affected by the outcome of this proceeding:
9        JMP Securities LLC (non-defendant underwriter); and
10       Wedbush Morgan Securities Inc. (non-defendant underwriter).
11
12 DATED:  February 12, 2008
13
14       Bingham McCutchen LLP
15
16       By:  /s/ Charlene S. Shimada
17       Charlene S. Shimada
18       Attorneys for Defendants
         Lehman Brothers Inc., J.P. Morgan Securities Inc.
19       and Piper Jaffray & Co.
20
21
22
23
24
25
26
27
28

DEFENDANT PIPER JAFFRAY & CO.'S CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CASE NO. CV 08 0271 CRB