SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
ckevane@fenwick.com

Attorneys for Defendants
Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON; LEHMAN BROTHERS, INC.; J.P. MORGAN SECURITIES, INC.; AND PIPER JAFFRAY & CO.,<br><br>Defendants. | Case No.  CV 08 0271 CRB<br><br>DEFENDANT SHORETEL, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Shoretel, Inc., by its counsel, hereby states that it has no parent corporation and that there is no publicly held corporation holding 10% or more of Shoretel, Inc.'s stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

1 | the named parties, there is no such interest to report.

Dated: February 21, 2008         FENWICK & WEST LLP

By:     /s/ Catherine D. Kevane
        Catherine D. Kevane

Attorneys for Defendants

23215/00401/SF/5222432.1

2

DEFENDANT SHORETEL, INC.'S CORPORATE DISCLOSURE STATMEENT AND CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS                                                                    CV 08 0271 CRB