1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Attorneys for Plaintiff
   [Additional counsel listed on signature page]
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated,, | ) ) ) | No. 08-cv-00271 CRB |
| Plaintiff, | ) ) ) ) ) ) ) | [PROPOSED] ORDER CONSOLIDATING ALL RELATED CASES, APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF LEAD PLAINTIFFS' CHOICE OF LEAD AND LIAISON COUNSEL |
| v. | | |
| SHORETEL, INC., JOHN W. COMBS, MICHAEL E. HEALY, EDWIN J. BASART, GARY J. DAICHENDT. THOMAS VAN OVERBEEK, KENNETH D. DENMAN, CHARLES D. KISSNER, EDWARD F. THOMPSON, LEHMAN BROTHERS, INC., J.P. MORGAN SECURITIES, INC. and PIPER JAFFRAY & CO., | ) ) ) ) ) ) ) ) ) | DATE: April 25, 2008 TIME: 10:00 a.m. DEPT: Courtroom 8, 19th Floor |
| Defendant. | ) ) | Action filed January 15, 2008 |
| PHYNICE KELLEY, Individually and on Behalf of All Others Similarly Situated,, | ) ) ) | No. 08-cv-00683 CRB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SHORETEL, INC., JOHN W. COMBS, MICHAEL E. HEALY, EDWIN J. BASART, GARY J. DAICHENDT. THOMAS VAN OVERBEEK, KENNETH D. DENMAN, CHARLES D. KISSNER, EDWARD F. THOMPSON, LEHMAN BROTHERS, INC., J.P. MORGAN SECURITIES, INC. and PIPER JAFFRAY & CO., | ) ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) ) | Action filed January 29, 2008 |

010015-11 229206 V1

Having considered the motion of Loren Swanson and Art Landesman to consolidate all related actions, to be appointed Lead Plaintiffs, and to approve proposed Lead Plaintiffs' choice of counsel and the Memorandum of Law and Declaration of Reed R. Kathrein, in support thereof, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. This case and Case No. 08-cv-00683 CRB are related cases, sharing common questions of law and fact as contemplated by Fed. R. Civ. P. 42(a).

3. Due to the related nature of the referenced matters, it would promote judicial economy, save the Court and the parties unnecessary costs and delay, and promote consistent results to consolidate the four cases.

4. Accordingly, the Court GRANTS Plaintiff's motion to consolidate this case with Case No. 08-cv-00683 CRB. Case No. 08-cv-00683 CRB shall be consolidated into Case No. 08-cv-00271 CRB, the first case filed, and closed. All subsequent papers, pleadings, and motions shall be filed under the case number 08-cv-00271 CRB, and the consolidated action shall be re-captioned as *In re ShoreTel, Inc. Securities Litigation.* Furthermore, all consolidated matters are transferred to Judge Charles R. Breyer, who is the presiding judge in the first-filed action.

5. Class Members, Loren Swanson and Art Landesman are appointed to serve as Lead Plaintiffs in the above-captioned consolidated action pursuant to 15 U.S.C. § 77z-1(a)(3) (2007).

6. The law firms Kahn Gauthier Swick, LLP is appointed Lead Counsel, and Hagens Berman Sobol Shapiro LLP is appointed Liaison Counsel for Plaintiffs in the consolidated action. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court.

7. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

[PROP] ORDER CONSOLIDATING ALL RELATED CASES, APPOINTING LEAD PLFS. AND APPROVING SELECTION OF LEAD PLS.' CHOICE OF LEAD AND LIAISON COUNSEL – NO. 08-CV-00271 CRB
010015-11 229206 V1

- 1 -

8.  This Order shall apply to this action, all actions consolidated herein and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with this consolidated action.

9.  An original of this Order shall be filed by the Clerk in the Master File.

10. The Clerk shall mail a copy of this Order to counsel of record in this consolidated action.

11. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of this consolidated action.

12. When a case that arises out of the same subject matter of this consolidated action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of this Order to the attorneys for the Plaintiff(s) in the newly-filed or transferred case and to any new Defendant(s) in the newly-filed case; and

    c. Make the appropriate entry in the Master Docket for this consolidated action.

13. Each new case that arises out of the subject matter of this consolidated action which is filed in this Court or transferred to this Court, shall be consolidated with this consolidated action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it

1  appropriate to grant such application.  Nothing in the foregoing shall be construed as a waiver of

2  the Defendants' right to object to consolidation of any subsequently filed case.

3       IT IS SO ORDERED.

6  DATED: _____

                                     THE HONORABLE CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE

9  Submitted: March 17, 2008

10  HAGENS BERMAN SOBOL SHAPIRO LLP

12  /s/ Reed R. Kathrein
    REED R. KATHREIN (139304)

14  Peter E. Borkon (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:  (504) 455-1400
Facsimile:  (504) 455-1498
lewis.kahn@kgscounsel.com

1 | Eric J. O'Bell
2 | LAW OFFICES OF ERIC J. O'BELL, LLC
3500 North Hullen Street
Metairie, LA 70002
3 | Telephone: (504) 456-8677
Facsimile: (504) 456-8624
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROP] ORDER CONSOLIDATING ALL RELATED CASES, APPOINTING LEAD PLFS. AND APPROVING SELECTION OF     - 4 -
LEAD PLS.' CHOICE OF LEAD AND LIAISON COUNSEL – NO. 08-CV-00271 CRB
010015-11 229206 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 17th day of March 2008, at Berkeley, California.

      /s/ Reed R. Kathrein
      REED R. KATHREIN

# Mailing Information for a Case 3:08-cv-00271-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Catherine Duden Kevane**
  ckevane@fenwick.com,cgalvin@fenwick.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **John D. Pernick**
  john.pernick@bingham.com

- **Donn P. Pickett**
  donn.pickett@bingham.com,donna.gilliland@bingham.com

- **Charlene Sachi Shimada**
  charlene.shimada@bingham.com

- **Adrienne L. Taclas**
  adrienne.taclas@bingham.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eric J. O'Bell
Law Offices of Eric J. O'Bell, LLC
3500 North Hullen Street
Metairie, LA 70002
```