SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
ckevane@fenwick.com

Attorneys for Defendants
Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON; LEHMAN BROTHERS, INC.; J.P. MORGAN SECURITIES, INC.; AND PIPER JAFFRAY & CO.,<br><br>Defendants. | Case No.  CV 08 0271 CRB<br><br>**DEFENDANTS' STATEMENT OF NONOPPOSITION TO MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINITFFS' CHOICE OF LEAD AND LIAISON COUNSEL**<br><br>Date: April 25, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor |

| | |
|---|---|
| PHYNICE KELLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON; LEHMAN BROTHERS, INC.; J.P. MORGAN SECURITIES, INC.; and PIPER JAFFRAY & CO.,<br><br>Defendants. | Case No.  CV 08 0683 CRB        Related |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 7-3(b), Defendants ShoreTel, Inc., John W. Combs, Michael E. Healy, Edwin J. Basart, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward F. Thompson hereby submit this Statement of Nonopposition to the pending Motion for Consolidation of all Related Cases, Appointment of Lead Plaintiffs, and Approval of Lead Plaintiff's Choice of Lead and Liaison Counsel noticed for hearing before this court on April 25, 2008.

Dated: April 4, 2008

FENWICK & WEST LLP

By:   /s/ Catherine D. Kevane
           Catherine D. Kevane

Attorneys for Defendants
Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

23215/00401/LIT/1283168.1