SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
LESLIE KRAMER  (CSB NO. 215501)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
ckevane@fenwick.com

Attorneys for Defendants
Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON; LEHMAN BROTHERS, INC.; J.P. MORGAN SECURITIES, INC.; AND PIPER JAFFRAY & CO.,<br><br>Defendants. | Case No.  CV 08 0271 CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON** |

Susan S. Muck, Dean S. Kristy, Catherine D. Kevane and Leslie Kramer of Fenwick & West LLP ("Defendants' Counsel") hereby enter their appearance on behalf of Defendants Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson.

1

All pleadings, notices and other papers in the above-captioned action should be served as follows:

| | |
|---|---|
| Susan S. Muck | smuck@fenwick.com |
| Dean S. Kristy | dkristy@fenwick.com |
| Catherine D. Kevane | ckevane@fenwick.com |
| Leslie A. Kramer | lkramer@fenwick.com |

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Dated: April 4, 2008              FENWICK & WEST LLP

By:     /s/ Catherine D. Kevane
              Catherine D. Kevane

Attorneys for Defendants

Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

NOTICE OF APPEARANCE                                          CASE NO CV 08 0271 CRB