| | |
|---|---|
| 1 | SUSAN S. MUCK (CSB NO. 126930) |
| | DEAN S. KRISTY (CSB NO. 157646) |
| 2 | CATHERINE DUDEN KEVANE (CSB NO. 215501) |
| | LESLIE KRAMER (CSB NO. 215501) |
| 3 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:     (415) 875-2300 |
| 5 | Facsimile:      (415) 281-1350 |
| | smuck@fenwick.com |
| 6 | dkristy@fenwick.com |
| | ckevane@fenwick.com |
| 7 | lkrame@fenwick.com |

Attorneys for Defendants
Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated, | Case No.  CV 08 0271 CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON** |
| v. | |
| SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON; LEHMAN BROTHERS, INC.; J.P. MORGAN SECURITIES, INC.; AND PIPER JAFFRAY & CO., | |
| Defendants. | |

Leslie Kramer of Fenwick & West LLP ("Defendants' Counsel") hereby enters her appearance on behalf of Defendants Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and

1

Edward F. Thompson.

All pleadings, notices and other papers in the above-captioned action should be served as follows:

    Leslie A. Kramer        lkramer@fenwick.com

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Dated: April 4, 2008        FENWICK & WEST LLP

By:    /s/ Leslie A. Kramer
        Leslie A. Kramer

Attorneys for Defendants

Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson