REED R. KATHREIN (139304)
PETER E. BORKON (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Attorneys for Plaintiff
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WATKINS, Individually and on Behalf of All Others Similarly Situated,,<br><br>                              Plaintiff,<br><br>   v.<br><br>SHORETEL, INC., JOHN W. COMBS, MICHAEL E. HEALY, EDWIN J. BASART, GARY J. DAICHENDT. THOMAS VAN OVERBEEK, KENNETH D. DENMAN, CHARLES D. KISSNER, EDWARD F. THOMPSON, LEHMAN BROTHERS, INC., J.P. MORGAN SECURITIES, INC. and PIPER JAFFRAY & CO.,<br><br>                              Defendant. | No. 08-cv-00271 CRB<br><br>PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD AND LIAISON COUNSEL<br><br><br><br><br><br><br><br>Action filed January 15, 2008 |
| PHYNICE KELLEY, Individually and on Behalf of All Others Similarly Situated,,<br><br>                              Plaintiff,<br><br>   v.<br><br>SHORETEL, INC., JOHN W. COMBS, MICHAEL E. HEALY, EDWIN J. BASART, GARY J. DAICHENDT. THOMAS VAN OVERBEEK, KENNETH D. DENMAN, CHARLES D. KISSNER, EDWARD F. THOMPSON, LEHMAN BROTHERS, INC., J.P. MORGAN SECURITIES, INC. and PIPER JAFFRAY & CO.,<br><br>                              Defendant. | No. 08-cv-00683 CRB<br><br><br><br><br><br><br><br><br><br>Action filed January 29, 2008 |

1    TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2    Pursuant to Civil Local Rule 7-3(b), Movants Loren Swanson and Art Landesman submit
3 this Statement of Non-Opposition to inform the Court that there is no opposition to their Motion for
4 Consolidation of all Related Cases, Appointment of Lead Plaintiffs, and Approval of Lead
5 Plaintiffs' Choice of Lead and Liaison Counsel ("MLP").  Movants' MLP is set for hearing before
6 this court at 10:00 a.m. on April 25, 2008.

7    Movants filed their MLP and supporting documentation on March 17, 2008.  No other
8 investor filed a motion seeking to be appointed as Lead Plaintiff.  Defendants filed a Statement of
9 Non-Opposition on April 4, 2008.  Accordingly, there is no opposition to Movants' request to be
10 appointed Lead Plaintiffs.

Dated:  April 22, 2008                              HAGENS BERMAN SOBOL SHAPIRO LLP


By     /s/ Reed R. Kathrein
       REED R. KATHREIN (139304)

Peter E. Borkon (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:  (504) 455-1400
Facsimile:  (504) 455-1498
lewis.kahn@kgscounsel.com

1
2
3
4
5

Eric J. O'Bell
LAW OFFICES OF ERIC J. O'BELL, LLC
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8624

Attorneys for Movants

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Reed R. Kathrein
        REED R. KATHREIN

# Mailing Information for a Case 3:08-cv-00271-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Catherine Duden Kevane**
  ckevane@fenwick.com,cgalvin@fenwick.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Leslie A Kramer**
  lkramer@fenwick.com

- **Dean S. Kristy**
  dkristy@fenwick.com

- **Susan Samuels Muck**
  smuck@fenwick.com,cgalvin@fenwick.com

- **John D. Pernick**
  john.pernick@bingham.com

- **Donn P. Pickett**
  donn.pickett@bingham.com,donna.gilliland@bingham.com

- **Charlene Sachi Shimada**
  charlene.shimada@bingham.com

- **Adrienne L. Taclas**
  adrienne.taclas@bingham.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Eric J. O'Bell**
Law Offices of Eric J. O'Bell, LLC
3500 North Hullen Street
Metairie, LA 70002