**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 25, 2008**

**C-08-00271** CRB

**WILLIAM WATKINS v. SHORETEL INC.**

| Attorneys: | Peter Borkon | Charlene Shimada, Leslie Kramer |
|---|---|---|
| | Scott Yundt | Susan Muck |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Connie Kuhl**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. P's Motion for Consolidation, Appt of Lead Plaintiff and Approval of Selection of Lead Plaintiffs' Choice | Granted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Loren Swanson and Art Landesman appointed lead Plaintiffs, law firm Kahn Gauthier Swick, LLP is appointed lead counsel and Hagens German Sobol Shapiro LLP is appointed Liaison Counsel. Consolidated motion to be filed by 6/24/08

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for ____ days
              Type of Trial:  ( )Jury    ( )Court

Notes: _____