**AMENDED CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 25, 2008**

**C-08-00271CRB**

**WILLIAM WATKINS v. SHORETEL INC.**

| Attorneys: | Peter Borkon | Charlene Shimada, Leslie Kramer |
|---|---|---|
| | | Susan Muck |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Connie Kuhl**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. P's Motion for Consolidation, Appt of Lead Plaintiff and Approval of Selection of Lead Plaintiffs' Choice | Granted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Loren Swanson and Art Landesman appointed lead Plaintiffs, law firm Kahn Gauthier Swick, LLP is appointed lead counsel and Hagens Berman Sobol Shapiro LLP is appointed liaison counsel.  Consolidated complaint to be filed by 6/27/08.

( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____
( ) Referred to Magistrate Judge For: _____
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____          Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____