1   SUSAN S. MUCK (CSB NO. 126930)
    smuck@fenwick.com
2   DEAN S. KRISTY (CSB NO. 157646)
    dkristy@fenwick.com
3   JENNIFER L. KELLY (CSB NO. 193416)
    jkelly@fenwick.com
4   LESLIE KRAMER (CSB NO. 253313)
    lkramer@fenwick.com
5   FENWICK & WEST LLP
    555 California Street
6   12th Floor
    San Francisco, CA  94104
7   Telephone:     (415) 875-2300
    Facsimile:     (415) 281-1350
8
    Attorneys for Defendants
9   ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J.
    Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth
10  D. Denman; Charles D. Kissner; and Edward F. Thompson

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14

15  In re SHORETEL, INC.              Case No. C-08-00271-CRB
    SECURITIES LITIGATION
16                                    STIPULATION AND [PROPOSED] ORDER
                                      SETTING BRIEFING SCHEDULE AND
17                                    HEARING ON DEFENDANTS' MOTIONS TO
                                      DISMISS CONSOLIDATED AMENDED
18                                    CLASS ACTION COMPLAINT

19  This Document Relates To:

20  ALL ACTIONS.

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED]
ORDER RE MOTIONS TO DISMISS                    CASE NO. C-08-00271CRB

1    WHEREAS, the above-captioned action is alleged to be a class action asserting violations

2  of sections 11 and 15 of the Securities Act of 1933 (15 U.S.C. §§ 77k and 77o) against

3  Defendants ShoreTel, Inc. ("ShoreTel"); John W. Combs, Michael E. Healy, Edwin J. Basart,

4  Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward

5  F. Thompson (the "Individual Defendants"); and Lehman Brothers Inc., J.P. Morgan Securities

6  Inc. and Piper Jaffray & Co. (the "Underwriter Defendants") (collectively, "Defendants");

7    WHEREAS, on April 25, 2008, this Court entered an order consolidating all related

8  actions, appointing Plaintiffs Loren Swanson and Art Landesman as Lead Plaintiffs ("Plaintiffs")

9  and approving their choice of counsel, and ordering a consolidated complaint to be filed by June

10  27, 2008;

11    WHEREAS, Plaintiffs filed their Consolidated Amended Class Action Complaint for

12  Violations of Federal Securities Laws (the "Consolidated Complaint") on June 27, 2008;

13    WHEREAS, Defendants anticipate filing motions to dismiss the Consolidated Complaint

14  under Rule 12(b)(6) of the Federal Rules of Civil Procedure;

15    WHEREAS, the parties have discussed and agreed upon a briefing schedule and hearing

16  date for the anticipated motions to dismiss;

17    IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the

18  parties in this action, as follows:

19    1.    Defendants' motions to dismiss the Consolidated Complaint shall be filed no later

20  than August 26, 2008;

21    2.    Plaintiffs shall file their oppositions to Defendants' motions to dismiss no later

22  than October 3, 2008;

23    3.    Defendants shall file their reply briefs no later than October 24, 2008; and

24    4.    The motions to dismiss will be heard by this Court on November 7, 2008 at 10:00

25  a.m., or a different date convenient for the Court.

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Dated: July 10, 2008                          FENWICK & WEST LLP

2

3                                                  By:_____/s/ Jennifer L. Kelly_____
                                                              Jennifer L. Kelly
4

5    Attorneys for Defendants ShoreTel, Inc.; John
     W. Combs; Michael E. Healy; Edwin J. Basart;
6    Gary J. Daichendt; Thomas Van Overbeek;
     Kenneth D. Denman; Charles D. Kissner; and
7    Edward F. Thompson

8    BINGHAM MCCUTCHEN LLP

9

10                                                 By:_____/s/ Charlene S. Shimada_____
                                                              Charlene S. Shimada
11

12   Attorneys for Defendants Lehman Brothers
     Inc., J.P. Morgan Securities Inc. and Piper
13   Jaffray & Co.

14   HAGENS BERMAN SOBOL SHAPIRO LLP

15

16                                                 By:_____/s/ Peter E. Borkon_____
                                                              Peter E. Borkon
17

18   Liaison Counsel for Lead Plaintiffs & the Class

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED]
ORDER RE MOTIONS TO DISMISS          3          CASE NO. C-08-00271CRB

1

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

3       I, Jennifer L. Kelly, attest that concurrence in the filing of this document has been

4   obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed

5   document.

6       I declare under penalty of perjury under the laws of the United States of America that the

7   foregoing is true and correct.  Executed this 10th day of July 2008, at San Francisco, California.

8   Dated: July 10, 2008                         FENWICK & WEST LLP

9

10                                               By:_____/s/ Jennifer L. Kelly_____
                                                          Jennifer L. Kelly
11
                                               Attorneys for Defendants ShoreTel, Inc.; John
12                                             W. Combs; Michael E. Healy; Edwin J. Basart;
                                               Gary J. Daichendt; Thomas Van Overbeek;
13                                             Kenneth D. Denman; Charles D. Kissner; and
                                               Edward F. Thompson
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

### ~~[PROPOSED]~~ ORDER

Pursuant to the above Stipulation, the briefing schedule agreed to by the parties is

adopted, and Defendants' motions to dismiss the Consolidated Complaint shall be heard by this

Court on November 7, 2008 at 10 a.m.

**IT IS SO ORDERED**.

Dated: _____ July 11 _____, 2008          By: _____

The Honorable Charles R. Breyer
United States District Court Judge



STIPULATION AND [PROPOSED]
ORDER RE MOTIONS TO DISMISS                    5                    CASE NO. C-08-00271CRB