| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | donn.pickett@bingham.com |
| | CHARLENE S. SHIMADA (SBN 91407) |
| 3 | charlene.shimada@bingham.com |
| | JOHN D. PERNICK (SBN 155468) |
| 4 | john.pernick@bingham.com |
| | ADRIENNE L. TACLAS (SBN 211232) |
| 5 | adrienne.taclas@bingham.com |
| | Three Embarcadero Center |
| 6 | San Francisco, CA  94111-4067 |
| | Telephone:  415.393.2000 |
| 7 | Facsimile:  415.393.2286 |
| 8 | Attorneys for Defendants |
| | Lehman Brothers Inc. and J.P. Morgan Securities Inc. |
| 9 | and Former Defendant Piper Jaffray & Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. 08-cv-00271 CRB |
| | **STIPULATION AND [PROPOSED] ORDER** |
| This Document Relates To: | |
| ALL ACTIONS. | |

A/72613552.2/2017670-0000330918

1   WHEREAS, on July 11, 2008, the Court entered a Stipulation and Order Setting
2   Briefing Schedule and Hearing on Defendants' Motions to Dismiss Consolidated Amended Class
3   Action Complaint ("July 11, 2008 Stipulation and Order") that inadvertently identified Piper
4   Jaffray & Co. ("Piper") as a defendant and required it to comply with certain briefing and
5   hearing deadlines for anticipated motions to dismiss;
6   WHEREAS, Plaintiffs did not name Piper as a defendant in their Consolidated
7   Amended Class Action Complaint for Violations of Federal Securities Laws (the "Consolidated
8   Complaint"), filed on June 27, 2008, and Piper therefore is not party to this action;
9   **IT IS ACCORDINGLY STIPULATED**, by and between the undersigned
10  counsel, that the July 11, 2008 Stipulation and Order does not apply to Piper and Piper need not
11  comply with any of its provisions.

12  DATED: August 8, 2008          BINGHAM MCCUTCHEN LLP

14                                 By:     /s/ Charlene S. Shimada
15                                         Charlene S. Shimada
                                           Attorneys for Defendants
16                                 Lehman Brothers Inc. and J.P. Morgan Securities Inc.
                                       and Former Defendant Piper Jaffray & Co.

17  DATED: August 8, 2008          FENWICK & WEST LLP
18

19                                 By:     /s/ Jennifer L. Kelly
20                                         Jennifer L. Kelly
                                   Attorneys for Defendants ShoreTel, Inc.; John W.
21                                 Combs; Michael E. Healy; Edwin J. Basart; Gary J.
                                   Daichendt; Thomas Van Overbeek; Kenneth D.
22                                 Denman; Charles D. Kissner; and Edward F.
                                                       Thompson
23

24  DATED: August 8, 2008          KAHN GAUTHIER SWICK, LLC
25

26                                 By:     /s/ Kim E. Miller
                                           Kim E. Miller
27                                 Lead Counsel for Lead Plaintiffs and the Class

28

1                                             **[PROPOSED] ORDER**

2    **IT IS SO ORDERED.**

3

4    DATED: _____, 2008          By:_____
                                                        The Honorable Charles R. Breyer

5                                                          United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45** |
| 2 | I, Charlene S. Shimada, attest that concurrence in the filing of this document has been |
| 3 | obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed |
| 4 | document. |
| 5 | I declare under penalty of perjury under the laws of the United States of America that the |
| 6 | foregoing is true and correct. |
| 7 | Executed this 8th day of August, 2008, at San Francisco, California. |

DATED:  August 8, 2008

BINGHAM MCCUTCHEN LLP

By:  /s/ Charlene S. Shimada
Charlene S. Shimada
Attorneys for Defendants
Lehman Brothers Inc. and J.P. Morgan Securities Inc.
and Former Defendant Piper Jaffray & Co.

A/72613552.2/2017670-0000330918

3