| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | donn.pickett@bingham.com |
|   | CHARLENE S. SHIMADA (SBN 91407) |
| 3 | charlene.shimada@bingham.com |
|   | JOHN D. PERNICK (SBN 155468) |
| 4 | john.pernick@bingham.com |
|   | ADRIENNE L. TACLAS (SBN 211232) |
| 5 | adrienne.taclas@bingham.com |
|   | Three Embarcadero Center |
| 6 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 7 | Facsimile:  415.393.2286 |
| 8 | Attorneys for Defendants |
|   | Lehman Brothers Inc. and J.P. Morgan Securities Inc. |
| 9 | and Former Defendant Piper Jaffray & Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. 08-cv-00271 CRB |
|---|---|
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER** |
| ALL ACTIONS. | |

A/72613552.2/2017670-0000330918

1   WHEREAS, on July 11, 2008, the Court entered a Stipulation and Order Setting Briefing Schedule and Hearing on Defendants' Motions to Dismiss Consolidated Amended Class Action Complaint ("July 11, 2008 Stipulation and Order") that inadvertently identified Piper Jaffray & Co. ("Piper") as a defendant and required it to comply with certain briefing and hearing deadlines for anticipated motions to dismiss;

WHEREAS, Plaintiffs did not name Piper as a defendant in their Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws (the "Consolidated Complaint"), filed on June 27, 2008, and Piper therefore is not party to this action;

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel, that the July 11, 2008 Stipulation and Order does not apply to Piper and Piper need not comply with any of its provisions.

DATED: August 8, 2008          BINGHAM MCCUTCHEN LLP


By:      /s/ Charlene S. Shimada
              Charlene S. Shimada
            Attorneys for Defendants
   Lehman Brothers Inc. and J.P. Morgan Securities Inc.
      and Former Defendant Piper Jaffray & Co.


DATED: August 8, 2008          FENWICK & WEST LLP


By:      /s/ Jennifer L. Kelly
              Jennifer L. Kelly
   Attorneys for Defendants ShoreTel, Inc.; John W.
   Combs; Michael E. Healy; Edwin J. Basart; Gary J.
    Daichendt; Thomas Van Overbeek; Kenneth D.
    Denman; Charles D. Kissner; and Edward F.
                  Thompson


DATED: August 8, 2008          KAHN GAUTHIER SWICK, LLC


By:      /s/ Kim E. Miller
              Kim E. Miller
   Lead Counsel for Lead Plaintiffs and the Class

1  [~~PROPOSED~~] ORDER

2  **IT IS SO ORDERED.**

3

4  DATED: Aug. 11, 2008        By: _____
                                The Honorable Charles R. Breyer
5                                United States District Judge

*IT IS SO ORDERED*

*Judge Charles R. Breyer*