Bingham McCutchen LLP
DONN P. PICKETT (SBN 72257)
donn.pickett@bingham.com
CHARLENE S. SHIMADA (SBN 91407)
charlene.shimada@bingham.com
JOHN D. PERNICK (SBN 155468)
john.pernick@bingham.com
ADRIENNE L. TACLAS (SBN 211232)
adrienne.taclas@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants
Lehman Brothers Inc. and J.P. Morgan Securities Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. CV 08 0271 CRB<br><br>**PROOF OF SERVICE** |
| This Document Relates To:<br>ALL ACTIONS. | |

<u>PROOF OF SERVICE</u>

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. On August 26, 2008, I served a copy of:

> DEFENDANTS LEHMAN BROTHERS INC. AND J.P. MORGAN SECURITIES INC.'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

by electronic transmission to a Designated Internet Site in accordance with Northern District of California Local Rule 23-2. The physical and electronic addresses of the Designated Internet Site are as follows: Securities Class Action Clearinghouse, Stanford University School of Law, Crown Quadrangle, Stanford, CA 94305-8612; http://securities.stanford.edu.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on August 26, 2008.

_____
Joyce Holman