| | |
|---|---|
| 1 | SUSAN S. MUCK (CSB NO. 126930) |
| | smuck@fenwick.com |
| 2 | DEAN S. KRISTY (CSB NO. 157646) |
| | dkristy@fenwick.com |
| 3 | JENNIFER L. KELLY (CSB NO. 193416) |
| | jkelly@fenwick.com |
| 4 | LESLIE KRAMER (CSB NO. 253313) |
| | lkramer@fenwick.com |
| 5 | FENWICK & WEST LLP |
| | 555 California Street |
| 6 | 12th Floor |
| | San Francisco, CA  94104 |
| 7 | Telephone:     (415) 875-2300 |
| | Facsimile:      (415) 281-1350 |

Attorneys for Defendants

ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. C-08-00271-CRB |
| | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SHORETEL DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| This Document Relates To: ALL ACTIONS. | Date:         November 7, 2008<br>Time:        10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge:       Hon. Charles R. Breyer |

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants ShoreTel, Inc. ("ShoreTel"), John W. Combs, Michael E. Healy, Edwin J. Basart, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward F. Thompson (collectively, the "ShoreTel Defendants") hereby request that, in connection with their accompanying Motion to Dismiss Consolidated Amended Class Action Complaint, the Court take judicial notice of each of the following:

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.      ShoreTel's Form S-1 filed with the Securities and Exchange Commission on or about June 29, 2007 in connection with its initial public offering (the "Prospectus"). This document is an SEC filing quoted and relied upon by Plaintiffs throughout their Consolidated Amended Class Action Complaint (the "Complaint"). *E.g.,* ¶¶ 1, 3, 4, 20, 24, 31, 33, 38, 43.[1] The Complaint expressly alleges that the Prospectus contains materially untrue statements or omissions, which are the basis for all of Plaintiffs' claims. ¶ 4. A true and correct copy of the Prospectus is attached as **Exhibit A** to the Declaration of Jennifer L. Kelly in Support of the ShoreTel Defendants' Motion to Dismiss Consolidated Amended Class Action Complaint (the "Kelly Declaration"), filed herewith.

2.      A press release issued by ShoreTel on October 29, 2007 entitled "ShoreTel Reports Financial Results for Q1 Fiscal 2008." This document was furnished to the SEC in ShoreTel's Form 8-K filed on or about October 29, 2007 and is also publicly available on ShoreTel's website, located on the Internet at www.shoretel.com. Further, this press release contains ShoreTel's expectations for Q2 of Fiscal Year 2008, which are relied upon by Plaintiffs in the Complaint. *See* ¶ 52 (alleging that on January 7, 2008, ShoreTel announced it had failed to meet its previously issued guidance for Q2 of Fiscal Year 2008). A true and correct copy of the October 29, 2007 8-K is attached as **Exhibit B** to the Kelly Declaration.

3.      A press release issued by ShoreTel on January 7, 2008 entitled "ShoreTel Announces Preliminary Fiscal Second Quarter Results." This document was furnished to the SEC in ShoreTel's Form 8-K filed on or about January 7, 2008, and is also publicly available on ShoreTel's website. Further, this document is quoted and relied upon by Plaintiffs in the Complaint. ¶¶ 1, 52. A true and correct copy of the January 7, 2008 8-K is attached as **Exhibit C** to the Kelly Declaration.

4.      A press release issued by ShoreTel on January 29, 2008 entitled "ShoreTel Reports Financial Results for Second Fiscal Quarter 2008." This document was furnished to the SEC in ShoreTel's Form 8-K filed on or about January 29, 2008, and is also publicly available on ShoreTel's website. A true and correct copy of the January 29, 2008 Form 8-K is attached as

---

[1] Unless otherwise indicated, all paragraph references herein are to the Complaint.

REQUEST FOR JUDICIAL NOTICE ISO
SHORETEL DEFENDANTS' MOTION TO DISMISS COMPLAINT     -2-     CASE NO. C-08-00271-CRB

**Exhibit D** to the Kelly Declaration.

These materials are all proper subjects of judicial notice. Documents that are filed with the SEC (Exhibits A-D) are properly subject to judicial notice and consideration by the Court on a motion to dismiss. *See, e.g., In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857, 865 (N.D. Cal. 2004); *In re Nuko Info. Sys., Sec. Litig.*, 199 F.R.D. 338, 341 (N.D. Cal. 2000); *In re Gupta Corp. Sec. Litig.*, 900 F. Supp. 1217, 1228 (N.D. Cal. 1994); *Belodoff v. Netlist, Inc.*, 2008 WL 2356699, at *3 (C.D. Cal. May 30, 2008); *Kramer v. Time Warner, Inc.*, 937 F.2d 767, 773-74 (2d. Cir. 1991).

The Court may also consider documents referred to and relied upon by Plaintiffs in their Complaint (Exhibits A-C), including portions not mentioned in the Complaint. *See, e.g., In re Stac Elecs. Sec. Litig.,* 89 F.3d 1399, 1405 n.4 (9th Cir. 1996); *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999); *In re Calpine Sec. Litig.*, 288 F. Supp. 2d 1054, 1076 (N.D. Cal. 2003); *In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410, 1426 (3d Cir. 1997); *Belodoff*, 2008 WL 2356699, at *3. Indeed, Exhibits A and C are directly quoted from in the Complaint. *See, e.g.,* ¶¶ 1, 3, 4, 52.

The Court may also take judicial notice of "matters of public record," including press releases that are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned" (Exhibits B-D). *In re Asyst Techs., Inc. Deriv. Litig.*, 2008 WL 2169021, at *1 n.1 (N.D. Cal. May 23, 2008); *In re Ligand Pharms., Inc. Sec. Litig.*, 2005 WL 2461151, at *2 n.1 (S.D. Cal. Sept. 27, 2005) (taking judicial notice of a press release); *In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 816-17 (C.D. Cal. 2004) (same). All of the press releases subject to this request are publicly available on the SEC website, as well as ShoreTel's website. As such, they are "capable of accurate and ready determination" and are subject to judicial notice.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REQUEST FOR JUDICIAL NOTICE ISO
SHORETEL DEFENDANTS' MOTION TO
DISMISS COMPLAINT          -3-          CASE NO. C-08-00271-CRB

1  Accordingly, Defendants respectfully submit that the Court take judicial notice of the
2  foregoing documents and information.

3  Dated: August 26, 2008                                FENWICK & WEST LLP

4                                                       By:        /s/ Susan S. Muck
                                                                Susan S. Muck

5                                                       Attorneys for ShoreTel, Inc.; John W. Combs;
                                                        Michael E. Healy; Edwin J. Basart; Gary J.
6                                                       Daichendt; Thomas Van Overbeek; Kenneth D.
                                                        Denman; Charles D. Kissner; and Edward F.
7                                                       Thompson

REQUEST FOR JUDICIAL NOTICE ISO
SHORETEL DEFENDANTS' MOTION TO         -4-                    CASE NO. C-08-00271-CRB
DISMISS COMPLAINT