SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Defendants

ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. C-08-00271-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| This Document Relates To:<br><br>ALL ACTIONS. | Date:       November 7, 2008<br>Time:       10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge:      Hon. Charles R. Breyer |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

**CASE NO. C-08-00271-CRB**

**[PROPOSED] ORDER**

The motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("Consolidated Complaint") brought by Defendants ShoreTel, Inc., John W. Combs, Michael E. Healy, Edwin J. Basart, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner and Edward F. Thompson (collectively, the "ShoreTel Defendants") for failure to state a claim pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure came on regularly for hearing before the Court on November 7, 2008.

The Court, having considered the papers in support of and in opposition to the motion, and having heard the arguments of counsel, and good cause appearing therefor, HEREBY ORDERS:

The ShoreTel Defendants' motion to dismiss is GRANTED. Accordingly, the Consolidated Complaint against the ShoreTel Defendants is DISMISSED WITH PREJUDICE.

Dated: _____                    _____
                                            The Honorable Charles R. Breyer
                                            United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS CONSOLIDATED AMENDED                 1                    CASE NO. C-08-00271-CRB
CLASS ACTION COMPLAINT