1  SUSAN S. MUCK (CSB NO. 126930)
   smuck@fenwick.com
2  DEAN S. KRISTY (CSB NO. 157646)
   dkristy@fenwick.com
3  JENNIFER L. KELLY (CSB NO. 193416)
   jkelly@fenwick.com
4  LESLIE KRAMER (CSB NO. 253313)
   lkramer@fenwick.com
5  FENWICK & WEST LLP
   555 California Street
6  12th Floor
   San Francisco, CA  94104
7  Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
8
   Attorneys for Defendants
9
   ShoreTel, Inc.; John W. Combs; Michael E. Healy;
10 Edwin J. Basart; Gary J. Daichendt; Thomas Van
   Overbeek; Kenneth D. Denman; Charles D. Kissner;
11 and Edward F. Thompson

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16 | In re SHORETEL, INC. | Case No. C-08-00271-CRB |
   | SECURITIES LITIGATION | |

17

18 | | **PROOF OF SERVICE** |

19

20 | This Document Relates To: | Date:      November 7, 2008 |
   | ALL ACTIONS. | Time:      10:00 a.m. |
21 | | Courtroom: 8, 19th Floor |
   | | Judge:     Hon. Charles R. Breyer |
22

23

24

25

26

27

28

PROOF OF SERVICE                                          C-08-00271-CRB

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

# **PROOF OF SERVICE**

I am over 18 year of age, not a party to this action and employed in the County of San Francisco, California at 555 California Street, San Francisco, California 94104. On August 27, I served a copy of :

1. SHORETEL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT; and,

2. DECLARATION OF JENNIFER L. KELLY IN SUPPORT OF SHORETEL DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

by electronic transmission to a Designated Internet Site in accordance with Northern District of California Local Rule 23-2. The physical and electronic addresses of the Designated Internet site are as follows: Securities Class Action Clearinghouse, Stanford University of Law, Crown Quadrangle, Stanford, California 94305-8612: http://securities.stanford.edu

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed at San Francisco, California on August 27, 2008.

/s/ Kevin A. Young
Kevin A. Young

PROOF OF SERVICE    -1-    C-08-00271-CRB