1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Attorneys for Lead Plaintiffs and the Class

7  [Additional counsel listed on signature page]

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12  In re SHORETEL, INC. SECURITIES      )   No. 08-cv-00271 CRB
    LITIGATION                           )
13                                       )   STIPULATION AND [PROPOSED]
                                         )   ORDER RE BRIEFING SCHEDULE
                                       . )   FOR MOTION TO DISMISS
14                                       )
                                         )
15                                       )   Action Filed: January 15, 2008
                                         )
16  _____)

17

18

19

20

21

22

23

24

25

26

27

28

010015-11  264657 V1

1          WHEREAS, Lead Plaintiffs, Loren Swanson and Art Landesman, filed their Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws on June 27, 2008 [Dkt. No. 30];

         WHEREAS, the parties stipulated to, and the Court entered an order taking the Case Management Conference off calendar and rescheduling the case management conference for after the hearing on Defendants' motions to dismiss, on a date convenient for the Court [Dkt. No. 22];

         WHEREAS, Defendants ShoreTel, Inc., John W. Combs, Michael E. Healy, Edwin J. Basart, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner and Edward F. Thompson ("Shoretel Defendants"), along with Defendant J.P. Morgan Securities Inc. ("J.P. Morgan") and then defendant Lehman Brothers Inc. filed motions to dismiss on August 26, 2008 [Dkt. Nos. 35 and 37];

         WHEREAS, the Court entered a Stipulation and Order, setting the briefing schedule and hearing on the motions to dismiss [Dkt. No. 32].

         WHEREAS, the motions to dismiss are currently set for hearing before this Court on November 7, 2008 at 10:00 a.m.;

         WHEREAS, this action is now stayed as to Lehman Brothers Inc. as a result of its liquidation under the Securities Investor Protection Act;

         WHEREAS, the remaining parties met and conferred and agree to a modified briefing schedule and hearing date on Defendants' motions to dismiss;

         IT IS HEREBY STIPULATED AND AGREED, by the Shoretel Defendants and J.P. Morgan that Lead Plaintiffs' oppositions to Defendants' motions to dismiss shall be filed on or before November 12, 2008.  Defendants' replies in support of their motions to dismiss shall be filed on or before December 17, 2008.  The parties further stipulate and agree that the hearing currently set for November 7, 2008 on Defendants' motions to dismiss shall be rescheduled to January 23, 2009 at 10:00 a.m., or a different date convenient for the Court.

Dated:  September 29, 2008                       HAGENS BERMAN SOBOL SHAPIRO LLP

                                                                      By        /s/ Reed R. Kathrein
                                                                              REED R. KATHREIN (139304)

| | |
|---|---|
| 1 | |
| 2 | Peter E. Borkon (212596) |
| 3 | 715 Hearst Avenue, Suite 202 |
|   | Berkeley, CA 94710 |


Peter E. Borkon (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Eric J. O'Bell
LAW OFFICES OF ERIC J. O'BELL, LLC
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8624

Attorneys for Lead Plaintiffs and the Class


BINGHAM MCCUTCHEN LLP

By          /s/ John D. Pernick
               JOHN D. PERNICK

Donn P. Pickett
Charlene S. Shimada
Adrienne L. Taclas
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant J.P. Morgan Securities Inc.

| | |
|---|---|
| 1 | FENWICK & WEST LLP |
| 2 | By         /s/ Jennifer L. Kelly |
| 3 |                   JENNIFER L. KELLY (193416) |
| 4 | Susan S. Muck |
|   | Dean S, Kristy |
| 5 | Leslie Kramer |
|   | 555 California Street, 12th Floor |
| 6 | San Francisco, CA 94101 |
|   | Telephone:  (415) 875-2300 |
| 7 | Facsimile:  (415) 281-1350 |
| 8 | Attorneys for Defendants ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson |

   I, REED R. KATHREIN, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS.  In compliance with General Order 45, X.B., I hereby attest that John D. Pernick and Jennifer L. Kelly have concurred in this filing.

STIP. AND [PROP] ORD RE BRIEFING SCHED FOR MOTION TO DISMISS – 08-0271 CRB          - 3 -

010015-11  264657 V1

STIP. AND [PROP] ORD RE BRIEFING SCHED FOR MOTION TO DISMISS – 08-0271 CRB   - 4 -

1   **ORDER**

2   Pursuant to the above Stipulation, it is hereby ordered that the Lead Plaintiffs shall file their oppositions to Defendants' motions to dismiss on November 12, 2008.  Defendants shall file their replies in support of their motions to dismiss on December 17, 2008.  The hearing on Defendants' motions to dismiss is rescheduled for January 23, 2009 at 10:00 a.m..

DATED:  __September 29, 2008_____        _____
                                         THE HONORABLE CHARLES R. BREYER
                                         UNITED STATES DISTRICT COURT JUDGE



010015-11  264657 V1