SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. C-08-00271-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' REPLY BRIEFS** |
| This Document Relates To:<br><br>ALL ACTIONS. | |

WHEREAS, on June 27, 2008, Plaintiffs Loren Swanson and Art Landesman (collectively, "Plaintiffs") filed their Consolidated Amended Class Action Complaint (the "Consolidated Complaint") against Defendants ShoreTel, Inc. ("ShoreTel"); John W. Combs, Michael E. Healy, Edwin J. Basart, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward Thompson (the "Individual Defendants"); and Lehman

STIPULATION AND [PROPOSED] ORDER                                                          CASE NO. C-08-00271-CRB

1  Brothers Inc. and J.P. Morgan Securities (the "Underwriter Defendants") (collectively,

2  "Defendants");

3      WHEREAS, the Court entered a Stipulation and Order setting the briefing schedule and

4  hearing on the Motions to Dismiss [Dkt. No. 32];

5      WHEREAS, Defendants filed their Motions to Dismiss the Consolidated Complaint on

6  August 26, 2008;

7      WHEREAS, the Court entered a Stipulation and Order modifying the briefing schedule

8  and hearing on the motions to dismiss [Dkt. No. 44];

9      WHEREAS, Plaintiffs filed their Opposition to Defendants' Motions to Dismiss on

10  November 17, 2008;

11      WHEREAS, the Motions to Dismiss are currently set for hearing before this Court on

12  January 23, 2009 at 10:00 a.m.;

13      WHEREAS, this action is now stayed as to Lehman Brothers Inc. as a result of its

14  liquidation under the Securities Investor Protection Act;

15      WHEREAS, the remaining parties have discussed and agreed upon a revised briefing

16  schedule for Defendants' reply briefs;

17      ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulated

18  that the deadline for Defendants' reply briefs is extended to January 6, 2009.

19      IT IS SO STIPULATED.

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: December 17, 2008 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Jennifer L. Kelly |
| 4 | | Jennifer L. Kelly |
| 5 | | Attorneys for Defendants ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson |
| 7 | Dated: December 17, 2008 | BINGHAM MCCUTCHEN LLP |
| 10 | | By: /s/ Charlene S. Shimada |
| | | Charlene S. Shimada |
| 11 | | Attorneys for Defendant J.P. Morgan Securities Inc. |
| 13 | Dated: December 17, 2008 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 15 | | By: /s/ Peter E. Borkon |
| | | Peter E. Borkon |
| 17 | | Attorneys for Lead Plaintiffs and the Class |

18                                      [~~PROPOSED~~] **ORDER**

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21   Dated: December 19, 2008            By: _____
                                         The Honorable Charles R. Breyer
                                         United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* (stamp/seal: United States District Court, Northern District of California)

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer L. Kelly, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of December, 2008, at San Francisco, California.

FENWICK & WEST LLP


By:    /s/ Jennifer L. Kelly
       Jennifer L. Kelly

Attorneys for Defendants ShoreTel, Inc.;
John W. Combs; Michael E. Healy;
Edwin J. Basart; Gary J. Daichendt;
Thomas Van Overbeek; Kenneth D. Denman;
Charles D. Kissner; and Edward F. Thompson