1  SUSAN S. MUCK (CSB NO. 126930)
   smuck@fenwick.com
2  DEAN S. KRISTY (CSB NO. 157646)
   dkristy@fenwick.com
3  JENNIFER L. KELLY (CSB NO. 193416)
   jkelly@fenwick.com
4  LESLIE KRAMER (CSB NO. 253313)
   lkramer@fenwick.com
5  FENWICK & WEST LLP
   555 California Street
6  12th Floor
   San Francisco, CA  94104
7  Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
8
   Attorneys for Defendants ShoreTel, Inc.; John W.
9  Combs; Michael E. Healy; Edwin J. Basart; Gary J.
   Daichendt; Thomas Van Overbeek; Kenneth D.
10 Denman; Charles D. Kissner; and Edward F.
   Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. C-08-00271-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | |

WHEREAS, on March 2, 2009, Plaintiffs Loren Swanson and Art Landesman (collectively, "Plaintiffs") filed their Second Amended Consolidated Class Action Complaint (the "SACC") against Defendants ShoreTel, Inc. ("ShoreTel"); John W. Combs, Michael E. Healy, Edwin J. Basart, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward Thompson (the "Individual Defendants"); and Lehman Brothers Inc. and J.P. Morgan Securities (the "Underwriter Defendants") (collectively, "Defendants");

WHEREAS, absent an extension Defendants' deadline for responding to the SACC is March 19, 2009;

WHEREAS, this action is now stayed as to Lehman Brothers Inc. as a result of its liquidation under the Securities Investor Protection Act;

WHEREAS, the remaining parties have discussed and agreed to extend Defendants' deadline for responding to the SACC by 60 days from the date it was filed;

ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulate that the deadline for Defendants to respond to the SACC is May 1, 2009.

IT IS SO STIPULATED.

Dated: March 13, 2009                    FENWICK & WEST LLP


By:/s/ *Jennifer L. Kelly*
        Jennifer L. Kelly

Attorneys for Defendants ShoreTel, Inc.;
John W. Combs; Michael E. Healy;
Edwin J. Basart; Gary J. Daichendt;
Thomas Van Overbeek; Kenneth D. Denman;
Charles D. Kissner; and Edward F. Thompson

Dated: March 13, 2009                    BINGHAM MCCUTCHEN LLP


By:/s/ *Charlene S. Shimada*
        Charlene S. Shimada

Attorneys for Defendant J.P. Morgan Securities Inc.

Dated: March 13, 2009                    HAGENS BERMAN SOBOL SHAPIRO LLP


By:/s/ *Peter E. Borkon*
        Peter E. Borkon

Attorneys for Lead Plaintiffs and the Class

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4 Dated: March __20_, 2009          By:_____
                                              The Honorable Charles R. Breyer
5                                             United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer L. Kelly, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of March, 2009, at San Francisco, California.

FENWICK & WEST LLP

By:     /s/ *Jennifer L. Kelly*
          Jennifer L. Kelly

Attorneys for Defendants ShoreTel, Inc.;
John W. Combs; Michael E. Healy;
Edwin J. Basart; Gary J. Daichendt;
Thomas Van Overbeek; Kenneth D. Denman;
Charles D. Kissner; and Edward F. Thompson

STIPULATION AND [PROPOSED] ORDER      4      CASE NO. C-08-00271-CRB