SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. C-08-00271-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| This Document Relates To:<br><br>ALL ACTIONS. | |

WHEREAS, on March 2, 2009, Plaintiffs Loren Swanson and Art Landesman (collectively, "Plaintiffs") filed their Second Amended Consolidated Class Action Complaint (the "SACC") against Defendants ShoreTel, Inc. ("ShoreTel"); John W. Combs, Michael E. Healy, Edwin J. Basart, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward Thompson (the "Individual Defendants"); and Lehman Brothers Inc. and

1  J.P. Morgan Securities, Inc. (the "Underwriter Defendants") (collectively, "Defendants");

2  WHEREAS, this action is stayed as to Lehman Brothers Inc. as a result of its liquidation
3  under the Securities Investor Protection Act;

4  WHEREAS, pursuant to the remaining parties' stipulation, approved by this Court on
5  March 23, 2009, Defendants' current deadline for responding to the SACC is May 1, 2009;

6  WHEREAS, the parties have discussed and agreed to further extend Defendants' deadline
7  for responding to the SACC to June 1, 2009;

8  ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulate
9  that the new deadline for Defendants to respond to the SACC is June 1, 2009.

10  IT IS SO STIPULATED.

11  Dated: April 8, 2009                              FENWICK & WEST LLP

13                                                   By:/s/ *Jennifer L. Kelly*
14                                                          Jennifer L. Kelly

15                                                   Attorneys for Defendants ShoreTel, Inc.;
                                                     John W. Combs; Michael E. Healy;
16                                                   Edwin J. Basart; Gary J. Daichendt;
                                                     Thomas Van Overbeek; Kenneth D. Denman;
17                                                   Charles D. Kissner; and Edward F. Thompson

18  Dated: April 8, 2009                             BINGHAM MCCUTCHEN LLP

20                                                   By:/s/ *Charlene S. Shimada*
                                                            Charlene S. Shimada

21                                                   Attorneys for Defendant J.P. Morgan
22                                                   Securities Inc.

23  Dated: April 8, 2009                             HAGENS BERMAN SOBOL SHAPIRO LLP

25                                                   By:/s/ *Peter E. Borkon*
26                                                          Peter E. Borkon

27                                                   Attorneys for Lead Plaintiffs and the Class

28

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 13, 2009                              By: _____
                                                   The Honorable Charles R. Breyer
                                                   United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*