Kim E. Miller (178370)
KAHN SWICK & FOTI, LLC
12 East 41st Street, 12th Floor
New York , NY 10017
Telephone:     (212) 696-3730
Facsimile:      (504) 455-1498

Lewis S. Kahn, *pro hac vice*
Paul S. Balanon
KAHN SWICK & FOTI, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:    (504) 455-1400
Facsimile:     (504) 455-1498
*Lead Counsel for Lead Plaintiffs
and the Class*

Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:     (510) 725-3000
Facsimile:      (510) 725-3001
*Liaison Counsel for Lead Plaintiffs
and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. C-08-00271-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION(S) TO DISMISS SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| This Document Relates To:<br><br>ALL ACTIONS | |

WHEREAS, on March 2, 2009, Lead Plaintiffs Loren Swanson and Art Landesman (collectively, "Plaintiffs") filed their Second Amended Consolidated Class Action Complaint against Defendants ShoreTel, Inc.; John W. Combs, Michael E. Healy, Edwin J. Basart, Mark F. Bregman, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward Thompson; and Lehman Brothers Inc. and J.P. Morgan Securities Inc. (collectively, "Defendants");

WHEREAS, the action is stayed as to Lehman Brothers Inc. as a result of its liquidation under the Securities Investor Protection Act;

WHEREAS, the deadline for the remaining Defendants to file their responsive pleading(s) or motion(s) to dismiss is June 1, 2009;

WHEREAS, the parties have discussed and agreed upon a briefing schedule and corresponding hearing date for the anticipated motion(s) to dismiss;

THEREFORE, IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1.  Plaintiffs shall file their opposition(s) to Defendants' motion(s) to dismiss no later than June 15, 2009;

2.  Defendants shall file their reply brief(s) no later than June 25, 2009;

3.  The motion(s) to dismiss shall be scheduled for a hearing on July 17, 2009 at 10:00 a.m., or at a different date convenient for the Court.

Dated: May 20, 2009                                    FENWICK & WEST LLP

                                                                        /s/ Catherine Kevane
                                                                      Catherine Kevane

                                                                      Attorneys for Defendants ShoreTel, Inc.;
                                                                      John W. Combs; Michael E. Healy;

| | |
|---|---|
| | Edwin J. Basart; Mark F. Bregman; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson |
| Dated: May 20, 2009 | BINGHAM MCCUTCHEN LLP |
| | /s/ Charlene S. Shimada<br>Charlene S. Shimada |
| | Attorneys for Defendant J.P. Morgan Securities Inc. |
| Dated: May 20, 2009 | KAHN SWICK & FOTI, LLC |
| | /s/ Kim E. Miller<br>Kim E. Miller |
| | Attorneys for Lead Plaintiffs and the Class |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 4, 2009

The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-3-