Kim E. Miller (178370)
KAHN SWICK & FOTI, LLC
12 East 41st Street, 12th Floor
New York , NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

Lewis S. Kahn, *pro hac vice*
Paul S. Balanon
KAHN SWICK & FOTI, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
***Lead Counsel for Lead Plaintiffs and the Class***

Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
***Liaison Counsel for Lead Plaintiffs and the Class***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | No. 08-cv-00271 CRB |
| | STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT |
| This Document Relates to: | Action Filed: January 15, 2008 |
| ALL ACTIONS. | |

WHEREAS, Lead Plaintiffs, Loren Swanson and Art Landesman (collectively "Lead Plaintiffs") filed their Second Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws on March 2, 2009 against defendants ShoreTel, Inc., John W. Combs, Michael E. Healy, Edwin J. Basart, Mark F. Bregman, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner and Edward F. Thompson (the "ShoreTel Defendants"); and J.P. Morgan Securities Inc. and Lehman Brothers Inc.;

WHEREAS, this action is now stayed as to Lehman Brothers Inc. as a result of its liquidation under the Securities Investor Protection Act;

WHEREAS, on June 1, 2009, a motion to dismiss and a request for judicial notice were filed by the ShoreTel Defendants and J.P. Morgan Securities Inc. filed a Joinder in that motion to dismiss (the ShoreTel Defendants and J.P. Morgan Securities Inc. are collectively referred to herein as "Defendants").;

WHEREAS, On June 4, 2009 the Court entered a Stipulation and Order, setting the briefing schedule and hearing on the motion to dismiss;

WHEREAS, the motion to dismiss and request for judicial notice are currently set for hearing before this Court on July 17, 2008 at 10:00 a.m.;

WHEREAS, Lead Plaintiffs requested and the parties have discussed and agreed upon a revised briefing schedule and corresponding hearing date for the pending motions;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. Lead Plaintiffs shall file their oppositions(s) to Defendants' motion(s) to dismiss and request for judicial notice no later than June 25, 2009;

2. Defendants shall file their reply brief(s) no later than July 17, 2009;

3. The motions(s) shall be scheduled for a hearing on July 31, 2009 at 10:00 a.m., or at a different date convenient for the Court.

Dated: June 12, 2009

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Reed R. Kathrein
REED R. KATHREIN (139304)

Peter E. Borkon (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
Liaison Counsel for Lead Plaintiffs and the Class

Kim E. Miller (178370)
KAHN SWICK & FOTI, LLC
12 East 41st Street, 12th Floor
New York , NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com
Lead Counsel for Lead Plaintiffs and the Class

FENWICK & WEST LLP

By /s/ Catherine Kevane
CATHERINE KEVANE

Catherine Kevane
555 California Street, 12th Floor
San Francisco, CA 94101
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Mark F. Bregman, Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

BINGHAM MCCUTCHEN LLP

By /s/ Charlene S. Shimada
CHARLENE S. SHIMADA

Charlene S. Shimada
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Attorneys for Defendant J.P. Morgan Securities Inc.

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 15, 2009

By: ______________________________
The Honorable Charles R. Breyer
United States District Court Judge

