1  SUSAN S. MUCK (CSB NO. 126930)
   smuck@fenwick.com
2  DEAN S. KRISTY (CSB NO. 157646)
   dkristy@fenwick.com
3  CATHERINE D. KEVANE (CSB NO. 215501)
   ckevane@fenwick.com
4  LESLIE KRAMER (CSB NO. 253313)
   lkramer@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone:   (415) 875-2300
7  Facsimile:   (415) 281-1350

8  Attorneys for Defendants
   ShoreTel, Inc.; John W. Combs; Michael E. Healy;
9  Edwin J. Basart; Mark F. Bregman; Gary J.
   Daichendt; Thomas Van Overbeek; Kenneth D.
10 Denman; Charles D. Kissner; and Edward F.
   Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. C-08-00271-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | |

WHEREAS, on March 2, 2009, Plaintiffs Loren Swanson and Art Landesman (collectively, "Plaintiffs") filed their Second Amended Consolidated Class Action Complaint (the "SACC") against Defendants ShoreTel, Inc.; John W. Combs, Michael E. Healy, Edwin J. Basart, Mark Bregman, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward Thompson (the "ShoreTel Defendants"); and Lehman Brothers Inc. and J.P.

Morgan Securities, Inc. (the "Underwriter Defendants") (collectively, "Defendants");

WHEREAS, this action is stayed as to Lehman Brothers Inc. as a result of its liquidation under the Securities Investor Protection Act;

WHEREAS, Defendants filed a motion to dismiss and request for judicial notice on June 1, 2009;

WHEREAS, Plaintiffs filed their opposition to Defendants' motion to dismiss on June 25, 2009;

WHEREAS, pursuant to the remaining parties' stipulation, approved by this Court on June 15, 2009, Defendants' current deadline for filing their reply brief is July 17, 2009 and a hearing is set for July 31, 2009 at 10:00 a.m.

WHEREAS, the Shoretel Defendants requested and the parties have discussed and agreed to extend Defendants' deadline for filing their reply brief by one week to July 24, 2009;

WHEREAS, the hearing on Defendants' motion to dismiss is currently set for July 31, 2009 at 10:00 a.m. and the parties do not wish to reschedule the hearing;

ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulate that the new deadline for Defendants to file their reply brief is July 24, 2009.  The hearing date will remain July 31, 2009 at 10:00 a.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July 9, 2009 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By:   /s/ Catherine D. Kevane |
| 4 | | Catherine D. Kevane |

Attorneys for Defendants
ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Mark F. Bregman; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

Dated: July 9, 2009                                    BINGHAM MCCUTCHEN LLP


By:   /s/ John D. Pernick
          John D. Pernick

Attorneys for Defendant
J.P. Morgan Securities Inc.

Dated: July 9, 2009                                    HAGENS BERMAN SOBOL SHAPIRO LLP


By:   /s/ Peter E. Borkon
          Peter E. Borkon

Attorneys for Lead Plaintiffs and the Class

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July _09_, 2009                               By: _____
                                                                  The Honorable Charles R. Breyer
                                                                  United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*