SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
CATHERINE D. KEVANE (CSB NO. 215501)
ckevane@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendants
ShoreTel, Inc.; John W. Combs; Michael E. Healy;
Edwin J. Basart; Mark F. Bregman; Gary J.
Daichendt; Thomas Van Overbeek; Kenneth D.
Denman; Charles D. Kissner; and Edward F.
Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. C-08-00271-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| This Document Relates To:<br><br>ALL ACTIONS. | |

WHEREAS, on March 2, 2009, Plaintiffs Loren Swanson and Art Landesman (collectively, "Plaintiffs") filed their Second Amended Consolidated Class Action Complaint (the "SAC") against Defendants ShoreTel, Inc.; John W. Combs, Michael E. Healy, Edwin J. Basart, Mark Bregman, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward Thompson (the "ShoreTel Defendants"); and Lehman Brothers Inc. and J.P.

1  Morgan Securities, Inc. (the "Underwriter Defendants") (collectively, "Defendants");

2      WHEREAS, this action is stayed as to Lehman Brothers Inc. as a result of its liquidation
3  under the Securities Investor Protection Act;

4      WHEREAS, Defendants filed a motion to dismiss and request for judicial notice on
5  June 1, 2009;

6      WHEREAS, the Court granted in part and denied in part Defendants' motion to dismiss
7  on August 19, 2009;

8      WHEREAS, Defendants' answers to the SAC are currently due on September 2, 2009;

9      WHEREAS, the extension of time for Defendants' to file their answers will not alter the
10  date of any event or any deadline already fixed by Court order;

11      ACCORDINGLY, pursuant to Local Rule 6-1(a), the parties, by and through their counsel
12  of record, hereby stipulate that the deadline for Defendants to file their answers to the SAC is
13  September 25, 2009.

14      IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR DEFENDANTS TO ANSWER     2     CASE NO. C-08-00271-CRB

| | | |
|---|---|---|
| 1 | Dated: August 27, 2009 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Catherine D. Kevane |
| 4 | | Catherine D. Kevane |
| 5 | | Attorneys for Defendants ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Mark F. Bregman; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson |
| 9 | Dated: August 27, 2009 | BINGHAM MCCUTCHEN LLP |
| 11 | | By: /s/ Charlene S. Shimada |
| | | Charlene S. Shimada |
| 12 | | Attorneys for Defendant J.P. Morgan Securities Inc. |
| 14 | Dated: August 27, 2009 | KAHN SWICK & FOTI, LLC |
| 16 | | By: /s/ Kim Miller |
| | | Kim Miller |
| 17 | | Attorneys for Lead Plaintiffs and the Class |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 28, 2009      By: _____
The Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER    3    CASE NO. C-08-00271-CRB

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO