**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

SHORETEL INC. SECURITY LITIGATION

No. C 08-00271 CRB

**Clerk's Notice**

_____/

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)**

YOU ARE NOTIFIED THAT the Court has scheduled a Case Management Conference for Friday, December 11, 2009 at 8:30 a.m. before the Honorable Charles R. Breyer.  The case management statement due December 4, 2009.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: November 9, 2009

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
 Barbara Espinoza,
 Courtroom Deputy