Kim E. Miller (178370)
Melissa R. Clark, *pro hac vice*
KAHN SWICK & FOTI, LLC
500 5th Avenue, Suite 1810
New York, NY 10110
Telephone:   (212) 696-3730
Facsimile:     (504) 455-1498

Lewis S. Kahn, *pro hac vice*
Paul S. Balanon, *pro hac vice*
Sarah C. Boone, *pro hac vice*
KAHN SWICK & FOTI, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:   (504) 455-1400
Facsimile:     (504) 455-1498
***Lead Counsel for Lead Plaintiffs
and the Class***

Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:   (510) 725-3000
Facsimile:     (510) 725-3001
***Liaison Counsel for Lead Plaintiffs
and the Class***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | Case No. C-08-00271-CRB |
| | **STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE** |
| This Document Relates To:<br><br>ALL ACTIONS | |

WHEREAS, Lead Plaintiffs Loren Swanson and Art Landesman (collectively, "Plaintiffs") and ShoreTel, Inc.; John W. Combs, Michael E. Healy, Edwin J. Basart, Mark F. Bregman, Gary J. Daichendt, Thomas Van Overbeek, Kenneth D. Denman, Charles D. Kissner, and Edward Thompson; and J.P. Morgan Securities Inc. (collectively, "Defendants") have met and conferred regarding the case schedule;

WHEREAS, the action is stayed as to Defendant Lehman Brothers Inc. as a result of its liquidation under the Securities Investor Protection Act;

WHEREAS, on December 4, 2009, in anticipation of a Case Management Conference scheduled for the following week, the parties filed a Joint Case Management Statement and [Proposed] Order that included deadlines in 2011;

WHEREAS, on December 11, 2009, the Court convened the Case Management Conference, but advised the parties to confer further on scheduling to avoid including any 2011 dates;

WHEREAS, the parties have met and conferred to discuss the Court's concerns and they have agreed upon a revised case schedule;

THEREFORE, IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, subject to the Court's approval, that the following Proposed Schedule shall govern this case:

| ACTION | DEADLINE OR DUE DATE |
| --- | --- |
| Class Certification | Motion: April 15, 2010<br><br>Opposition: May 28, 2010<br><br>Reply: June 11, 2010 |
| Amendment of Pleadings to Add Parties, Claims, or Defenses | April 1, 2010 |
| Fact Discovery Ends | June 30, 2010 |
| Deadline to File Motion(s) to Compel Fact Discovery | July 10, 2010 |

| | |
|---|---|
| The party with the burden of proof discloses expert report(s) and identity of expert(s) | July 7, 2010 |
| The party without the burden of proof discloses rebuttal expert report(s) and identity of expert(s) | July 27, 2010 |
| Expert Discovery Ends | August 10, 2010 |
| Deadline to File Motion(s) to Compel Expert Discovery | August 18, 2010 |
| Dispositive Motions and *Daubert/Kumho* Motions | Motion: September 15, 2010<br><br>Opposition: October 15, 2010<br><br>Reply: November 1, 2010 |
| Pre-Trial Conference | ~~November 1, 2010~~ November 4, 2010 |
| Trial: Plaintiffs have requested a jury trial, and the parties anticipate that a trial of this matter will last approximately three weeks. | ~~December 1, 201~~0, subject to the Court's schedule December 16, 2010 |

Dated: January 4, 2010                        KAHN SWICK & FOTI, LLC

       /s/ Kim E. Miller
Kim E. Miller

Attorneys for Lead Plaintiffs and the Class

Dated: January 4, 2010                        FENWICK & WEST LLP

       /s/ Catherine Kevane
Catherine Kevane

Attorneys for Defendants ShoreTel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Mark F. Bregman; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

Dated: January 4, 2010       BINGHAM MCCUTCHEN LLP

                                                    /s/ Charlene S. Shimada
                                          Charlene S. Shimada

                                          Attorneys for Defendant J.P. Morgan Securities Inc.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 7, 2010



The Honorable Charles R. Breyer
United States District Court Judge

-4-

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kim E. Miller, attest that concurrence in the filing of this document was obtained from the other signatories noted above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Dated this 4th day of January 2010, in New York, New York.

                                              /s/ Kim E. Miller
                                               Kim E. Miller