Lewis S. Kahn (admitted *pro hac vice*)
lewis.kahn@ksfcounsel.com
Sarah C. Boone (Bar No. 268813)
sarah.boone@ksfcounsel.com
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA  70447
Tel: (504) 455-1400
Fax:  (504) 455-1498

**Lead Counsel for Lead Plaintiffs and the Class**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION | **Case No.: C-08-00271-CRB**<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF LEHMAN BROTHERS INC.** |

1    IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs Loren
2 Swanson and Art Landesman (the "Lead Plaintiffs"), all persons or entities that purchased the
3 common stock of ShoreTel, Inc.("ShoreTel") pursuant or traceable to ShoreTel's Initial Public
4 Offering Prospectus and Registration Statement, or on the open market from July 3, 2007 through
5 January 29, 2008, inclusive (the "Class" as defined in Paragraph 1.4 the Stipulation of Settlement
6 filed concurrently herewith) and Defendant Lehman Brothers Inc. ("LBI"), by and through James W.
7 Giddens, Trustee (the "Trustee") for the Liquidation of the business of LBI pursuant to the Securities
8 Investor Protection Act (collectively, the "Parties"), through their respective attorneys of record,
9 that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, any and all claims and causes of
10 action asserted by the Lead Plaintiffs and the Class against LBI in the above captioned class action
11 are dismissed with prejudice and without costs or fees (including attorneys' fees) in favor of any
12 party.

13    IN WITNESS WHEREOF, the parties hereto have caused the Stipulation to be executed by
14 their duly authorized attorneys.

15 DATED: June 4, 2010                By:___/s/ Kim E. Miller____

16                                    KIM E. MILLER (178380)
                                      KAHN SWICK & FOTI, LLC
17                                    500 5th Ave, Suite 1810
                                      New York, NY 10110
18                                    Tel: (212) 696-3730
                                      Fax: (504) 455-1498
19                                    Email: kim.miller@ksfcounsel.com

20                                    -and-
21
                                      LEWIS S. KAHN (*Pro Hac Vice*)
22                                    KAHN SWICK & FOTI, LLC
                                      206 Covington Street
23                                    Madisonville, LA 70447
24                                    Tel: (504) 455-1400
                                      Fax: (504) 455-1498
25                                    Email: lewis.kahn@ksfcounsel.com

26                                    **Lead Counsel for Lead Plaintiffs and the Class**
27
28

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                CASE NO. C-08-00271-CRB
WITH PREJUDICE OF LEHMAN BROTHERS INC.

| | | |
|---|---|---|
| 1 | DATED: June 4, 2010 | By: ___/s/ Noah Graf_____ |
| 2 | | NOAH GRAFF |
| 3 | | HUGHES HUBBARD & REED LLP |
| | | 350 South Grand Avenue |
| 4 | | Los Angeles, CA  90071-3442 |
| | | Tel: (213) 613-2800 |
| 5 | | Fax: (213) 613-2950 |
| | | Email: graff@hugheshubbard.com |

**Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.**

### [PROPOSED] ORDER

Based upon the above Stipulation of the Parties and for good cause appearing therefor, IT IS SO ORDERED.

DATED: ___June 21_, 2010     By: _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*

---

2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                        CASE NO. C-08-00271-CRB
WITH PREJUDICE OF LEHMAN BROTHERS INC.