Kim E. Miller (178380)
KAHN SWICK & FOTI, LLC
500 5th Ave., Suite 1810
New York, NY 10110
Tel: (212) 696-3730 / Fax: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn (*pro hac vice*)
Sarah C. Boone (268813)
206 Covington Street
Madisonville, LA 70447
Tel: (504) 455-1400 / Fax: (504) 455-1498
lewis.kahn@ksfcounsel.com
sarah.boone@ksfcounsel.com
*Lead Counsel for Lead Plaintiffs and the Class*

Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO, LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000 / Fax: (510) 725-3001
peterb@hbsslaw.com
*Liaison Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re SHORETEL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. C-08-00271-CRB<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY SARAH C. BOONE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW Sarah C. Boone, counsel of record for Lead Plaintiffs and the Class in the above-captioned action, and hereby gives notice of her withdrawal from this case, by reason that as of April 6, 2011, Ms. Boone will no longer be associated with Lead Counsel firm Kahn Swick & Foti, LLC. The withdrawal of Ms. Boone will not delay these proceedings or prejudice any party as Lead Plaintiffs and the Class in the Action will continue to be represented by the other attorneys appointed by the Court.

DATED: April 5, 2011    KAHN SWICK & FOTI, LLC

By ____s/ Sarah C Boone_____
    SARAH C. BOONE (268813)

KAHN SWICK & FOTI, LLC
Sarah C. Boone (268813)
Lewis Kahn (*pro hac vice*)
206 Covington Street
Madisonville, LA 70447
Tel: (504) 455-1400 / Fax: (504) 455-1498
sarah.boone@ksfcounsel.com
lewis.kahn@ksfcounsel.com

-and-

KAHN SWICK & FOTI, LLC
Kim E. Miller
500 5th Ave., Suite 1810
New York, NY 10110
Tel: (212) 696-3730 / Fax: (504) 455-1498
kim.miller@ksfcounsel.com

***Lead Counsel for Lead Plaintiffs and the Class***

Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO, LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000 / Fax: (510) 725-3001
peterb@hbsslaw.com
***Liaison Counsel for the Class***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Notice of Electronic Filing.

                                                /s/ Sarah C. Boone  
                                               SARAH C. BOONE